

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-08-00135-CR
_____


JASON FELTON WILLIAMS, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the 291st Judicial District Court
Dallas County, Texas
Trial Court No. F08-00007-WKU



Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

James Felton Williams appeals his conviction of infliction of serious bodily injury to a six-month-old boy, R.H.[1]  R.H. died while being treated for the injuries he sustained.  Williams was sentenced to fifty years' imprisonment in the Texas Department of Criminal Justice–Correctional Institutions Division, and was ordered to pay a $10,000.00 fine.[2]

Williams raises three points on appeal wherein he alleges:  (1) the evidence was legally and factually insufficient to support the conviction; (2) the jury charge was defective; and (3) he was deprived of the effective assistance of counsel because his trial counsel's failure to object to the jury charge constituted ineffective assistance of counsel.

---

[1]This case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  See TEX. GOV'T CODE ANN. § 73.001 (Vernon 2005).  We are unaware of any conflict between precedent of the Fifth Court of Appeals and that of this Court on any relevant issue.  See TEX. R. APP. P. 41.3.

[2]There is a companion case to this (our cause number 06-08-00134-CR) which regards the serious injury inflicted by Williams on the twenty-three-month-old sister of the victim here.  Williams was sentenced to forty years' imprisonment, to run concurrently with the sentence in this case, plus a $10,000.00 fine.  Williams was tried for both cases in a single proceeding.

Because the issues raised in each appeal are identical, for the reasons stated in our opinion dated this day in *Williams v. State*, cause number 06-08-00134-CR, we affirm the judgment of the trial court.

Jack Carter
Justice

Date Submitted:     February 19, 2009
Date Decided:       February 25, 2009

Do Not Publish

3